**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Travis M. HUNTLEY, Defendant–
Appellant.**

**No. 09–15093
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 10, 2010.

Richard A. Greenberg, Rumberger Kirk & Caldwell, PA, Tallahassee, FL, for Plaintiff–Appellee.

Terry Flynn, U.S. Attorney's Office, N.D. of Florida, E. Bryan Wilson, Tallahassee, FL, for Defendant–Appellant.

Before BARKETT, HULL and FAY, Circuit Judges.

PER CURIAM:

Richard A. Greenberg, appointed counsel for Travis M. Huntley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Huntley's conviction and sentence are **AFFIRMED**.